1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  TENESA S. SCATURRO, ESQ.
   Nevada Bar No.12488
3  AKERMAN LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, NV 89144
   Telephone:  (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email:  ariel.stern@akerman.com
6          tenesa.scaturro@akerman.com

7  *Attorneys for PennyMac Loan Services, LLC*

8

9

                    **UNITED STATES DISTRICT COURT**

                       **DISTRICT OF NEVADA**

10

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC | Case No.: 2:15-cv-02072-JCM-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING NON-EXTINGUISHMENT OF DEED OF TRUST** |
| GIAVANNA HOMEOWNERS ASSOCIATION, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |
| GIAVANNA HOMEOWNERS ASSOCIATION, | |
| Third party plaintiff, | |
| vs. | |
| NEVADA ASSOCIATION SERVICES, INC., | |
| Third party defendant. | |

Plaintiff PennyMac Loan Services, LLC, by and through its attorneys of record Akerman

LLP, Defendant/Third-Party Plaintiff Giavanna Homeowners Association, by and through its

attorneys of record Boyack Orme & Anthony and Nevada Association Services, Inc. by and through

its counsel Brandon Wood, Esq. hereby stipulate as follows:

1.      This matter relates to real property located 3525 Discovery Downs Court, North Las

Vegas, Nevada 89081 (the **Property**).  The Property is more specifically described as:

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**LOT 99, OF FINAL MAP OF RUNVEE HOBART UNIT 1A, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 124 OF PLATS, PAGE 10, IN THE OFFICE OF THE COUNTY RECORDED OF CLARK COUNTY, NEVADA; APN 123-31-111-033**

2.      PennyMac is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded against the Property in the Clark County Recorder's office on March 21, 2008, as Instrument No. 20080321-0004668 (the **Deed of Trust**), to secure a promissory note in the original amount of $236,476.00 executed by Antwane Scott.

3.      On April 5, 2012, a foreclosure deed was recorded as Instrument No. 201204050000673 of the Official Records of Clark County, Nevada (the **HOA Foreclosure Deed**), reflecting that Giavanna credit bid on the Property at a foreclosure sale of the Property conducted on March 30, 2012 (the **HOA Sale**). Giavanna has not transferred its interest in the Property and is still the title holder of record.

4.      The parties have entered a confidential settlement agreement in which they have settled all claims between them in this case.  This stipulation and order applies to the matters addressed in this particular case only and has no relevance to any other matter.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    5.    The Deed of Trust survived and was not extinguished in any capacity by the HOA Sale

2  or the HOA Foreclosure Deed.  The Deed of Trust remains a valid encumbrance against the Property

3  following the recording of the HOA Foreclosure Deed, and Giavanna's interest in the Property is

4  subject to the Deed of Trust.

| Dated:  October 10, 2017 | Dated: October 10, 2017 |
|---|---|
| **AKERMAN LLP** | **BOYACK, ORME & ANTHONY** |
| /s/ *Tenesa S. Scaturro* | /s/ *Christopher Anthony* |
| ARIEL E. STERN, ESQ. | CHRISTOPHER ANTHONY |
| Nevada Bar No. 8276 | Nevada Bar No. 9748 |
| TENESA S. SCATURRO | 401 N. Buffalo Drive #202 |
| Nevada Bar No. 12488 | Las Vegas, Nevada 89145 |
| 1160 Town Center Drive, Suite 330 | *Attorneys for Defendant/Third-Party Plaintiff* |
| Las Vegas, NV 89144 | *Giavanna Homeowners Association* |
| *Attorneys for Plaintiff* | |
| *PennyMac Loan Services, LLC* | |
| Dated: October 10, 2017 | |
| **NEVADA ASSOCIATION SERVICES, INC.** | |
| /s/ *Brandon Wood* | |
| BRANDON WOOD, ESQ. | |
| Nevada Bar No. | |
| 6224 West Desert Inn Road | |
| Las Vegas, NV 89146 | |
| | |
| *Attorney for Third-Party Defendant* | |
| *Nevada Association Services, Inc.* | |

. . .

. . .

. . .

. . .

. . .

. . .

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## ORDER

Based on the above stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED that the Deed of Trust recorded in the Official Records of Clark County, Nevada against the real property located 3525 Discovery Downs Court, North Las Vegas, Nevada 89081 on March 21, 2008, as Instrument No. 20080321-0004668 was not extinguished, impaired, or otherwise affected by the foreclosure sale of the Property conducted by Giavanna on March 30, 2012 or the recording of the HOA Foreclosure Deed in the Official Records of Clark County, Nevada, on April 5, 2012, as Instrument No. 201204050000673, reflecting that Giavanna acquired the Property at the foreclosure sale. Giavanna's ownership interest in the Property is subject to the Deed of Trust.

IT IS FURTHER ORDERED that PennyMac shall be entitled to record this Stipulation and Order Confirming Validity of Deed of Trust in the Official Records of Clark County, Nevada in accordance with the rules of the Recorder's Office.

IT IS FURTHER ORDERED that this order constitutes the final judgment of this Court, resolving all claims in this case with prejudice, each party to bear its own fees and costs.

DATED this __16th__ day of _____October_____, 2017.

_____
UNITED STATES DISTRICT JUDGE

41782384;1